ROBBINS GELLER RUDMAN
  & DOWD LLP
PATRICK J. COUGHLIN (111070)
DAVID W. MITCHELL (199706)
BRIAN O. O'MARA (229737)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
patc@rgrdlaw.com
davem@rgrdlaw.com
bomara@rgrdlaw.com
       – and –
JACK REISE
STUART A. DAVIDSON
CULLIN A. O'BRIEN
MARK DEARMAN
JESSE S. JOHNSON
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)
jreise@rgrdlaw.com
sdavidson@rgrdlaw.com
cobrien@rgrdlaw.com
mdearman@rgrdlaw.com
jjohnson@rgrdlaw.com

PARADIS LAW GROUP, PLLC
PAUL O. PARADIS
GINA M. TUFARO
570 Seventh Avenue, 20th Floor
New York, NY 10018
Telephone: 212/986-4500
212-986-4501 (fax)

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY DARBY, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>GENERAL MOTORS LLC, et al.,<br><br>　　　　　　　Defendants. | Case No. 5:14-cv-00676-JVS(ANx)<br><br><u>CLASS ACTION</u><br><br>STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)<br><br>Complaint Served: April 9, 2014<br>Current Response Date: April 30, 2014<br>New Response Date: May 21, 2014 |

1  Pursuant to Local Rule 8-3 of the Local Rules for the United States District
2  Court for the Central District of California, Plaintiff Larry Darby and Defendant
3  General Motors LLC ("General Motors") stipulate and agree that the time for General
4  Motors to answer or otherwise respond to Plaintiff's complaint shall be extended by
5  twenty-one (21) days, from April 30, 2014 to and including May 21, 2014.

6  DATED:  April 28, 2014          Respectfully submitted,

                                   ROBBINS GELLER RUDMAN
                                     & DOWD LLP
                                   PATRICK J. COUGHLIN
                                   DAVID W. MITCHELL
                                   BRIAN O. O'MARA


                                           s/ Brian O. O'Mara
                                   ─────────────────────────────
                                          BRIAN O. O'MARA

                                   655 West Broadway, Suite 1900
                                   San Diego, CA  92101
                                   Telephone:  619/231-1058
                                   619/231-7423 (fax)

                                   ROBBINS GELLER RUDMAN
                                     & DOWD LLP
                                   JACK REISE
                                   STUART A. DAVIDSON
                                   CULLIN A. O'BRIEN
                                   MARK DEARMAN
                                   JESSE S. JOHNSON
                                   120 East Palmetto Park Road, Suite 500
                                   Boca Raton, FL  33432
                                   Telephone:  561/750-3000
                                   561/750-3364 (fax)

                                   PARADIS LAW GROUP, PLLC
                                   PAUL O. PARADIS
                                   GINA M. TUFARO
                                   570 Seventh Avenue, 20th Floor
                                   New York, NY  10018
                                   Telephone:  212/986-4500
                                   212-986-4501 (fax)

                                   Attorneys for Plaintiff

- 1 -

935929_1                                                                    002

| | | |
|---|---|---|
|  1 | | |
|  2 | DATED:  April 28, 2014 | KIRKLAND & ELLIS LLP |
|  3 | | JEFF SINEK (State Bar No. 135508) |
|    | | Email: jeff.sinek@kirkland.com |

DATED:  April 28, 2014   KIRKLAND & ELLIS LLP
                         JEFF SINEK (State Bar No. 135508)
                         Email: jeff.sinek@kirkland.com

                              s/ Jeff Sinek
                               JEFF SINEK

333 South Hope Street, Suite 2900
Los Angeles, California 90071
Telephone:  (213) 680-8400
(213) 680-8500 (fax)

KIRKLAND & ELLIS LLP
Richard C. Godfrey, P.C. (to be admitted *pro hac vice*)
Robert B. Ellis, P.C. (to be admitted *pro hac vice*)
Andrew B. Bloomer, P.C. (to be admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Attorneys for Defendant
General Motors LLC

## ATTESTATION STATEMENT

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

                               s/ Brian O. O'Mara
                             By: BRIAN O. O'MARA

- 2 -

935929_1    003

CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2014, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 28, 2014.

s/ Brian O. O'Mara
BRIAN O. O'MARA

ROBBINS GELLER RUDMAN
  & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail: bomara@rgrdlaw.com

935929_1

004

**Mailing Information for a Case 5:14-cv-00676-JVS-AN Larry Darby v. General Motors LLC et al**

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- Patrick Joseph Coughlin
  patc@rgrdlaw.com,e_file_sd@rgrdlaw.com

- Mark J Dearman
  mdearman@rgrdlaw.com,tseymore@rgrdlaw.com,e_file_fl@rgrdlaw.com

- David W Mitchell
  davidm@rgrdlaw.com,e_file_sd@rgrdlaw.com

**Manual Notice List**

The following is the list of attorneys who are not on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

Jeff Sinek
KIRKLAND & ELLIS LLP
333 S. Hope Street, Suite 2900
Los Angeles, CA  90071

Richard C. Godfrey
Robert B. Ellis
Andrew B. Bloomer
KIRKLAND & ELLIS LLP
300 N. LaSalle
Chicago, IL  60654